<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-578**

---

In Re: HENRY BATISTE,

Petitioner.

---

On Petition for Writ of Mandamus.

---

Submitted:  June 19, 1997          Decided:  June 27, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Henry Batiste, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Batiste brought this mandamus petition seeking an order directing a state court to enter an order on his motion for default judgment and also seeking an order directing the Attorney General and the state court to comply with South Carolina procedure on receipt of post conviction applications. Additionally, Batiste complains that he was erroneously indicted, unlawfully convicted, and received ineffective assistance of counsel; he seeks injunctive relief, a new trial, or release from imprisonment.

To the extent that Batiste requests this court to order the state court and the Attorney General to act, we lack jurisdiction. See Davis v. Lansing, 851 F.2d 72, 74 (2d Cir. 1988). Furthermore, because mandamus is not a substitute for collateral review of criminal convictions, we find that Batiste cannot bring his additional claims. See In re Beard, 811 F.2d 818, 826-27 (4th Cir. 1987) (mandamus is only appropriate when there are no other means by which petitioner could seek the requested relief). Accordingly, although we grant leave to proceed in forma pauperis, we deny mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not significantly aid in the decisional process.

PETITION DENIED

2